UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE HEYWARD                                          JURY TRIAL DEMANDED

v.                                    CASE NO.  3:10 cv

PRA RECOVERY, INC.
TIM LEVY

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant regularly collects consumer debts directly or indirectly using the mails or other means of interstate communication.

6. Each defendant is a debt collector within the FDCPA.

7. Defendants have a place of business at 1045 Route 109, # 105, East Farmingdale NY 11757 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning efforts to collect a personal health account.

8. Defendants are not lawyers, but they purported to be able to recommend litigation, and mentioned "litigation" four times in the collection letter dated September 17, 2010.

9. Defendants demanded payment "no later than ten days from the date of this notice"

10. In the collection efforts,  defendant violated the FDCPA, § 1692e, -f, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under of the FDCPA;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and such further relief as law or equity may provide.

               THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net