UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE HEYWARD, | : |
| | : |
| Plaintiff, | : |
| | : No. 3:10cv2030 (MRK) |
| v. | : |
| | : |
| PRA RECOVERY, INC.; TIM LEVY, | : |
| | : |
| Defendants, | : |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, as a result of the plaintiff's Motion for Default Judgment. On April 21, 2011, default was entered against defendants, PRA Recovery, Inc. and Tim Levy. On May 13, 2011, a Ruling and Order entered ordering that judgment enter for the plaintiff, Adrienne Heyward, against the defendant, PRA Recovery, Inc., in the amount of $1,000.00 in statutory damages, $2,100.00 in attorney fees, and $486.24 in costs for a total of $3,586.24. Default Judgment was denied with respect to defendant Tim Levy.

Therefore, it is ORDERED and ADJUDGED that judgment enter for the plaintiff, Adrienne Heyward, against the defendant, PRA Recovery, Inc., in the amount of $1,000.00 in statutory damages, $2,100.00 in attorney fees, and $486.24 in costs for a total of $3,586.24.

Dated at New Haven, Connecticut this 16th day of May, 2011.

ROBIN D. TABORA, Clerk
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____