UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE HEYWARD

v.  CASE NO.  3:10 cv  2030 (MRK)

PRA RECOVERY, INC.

MOTION TO COMPEL

Plaintiff moves for an order compelling defendant, through its president Peter A. Roberto, or its agent Tim Levy, to respond to the attached postjudgment discovery.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

Certificate of Service

I hereby certify that on December 20, 2011, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. These documents are also being mailed to

Peter A. Roberto
Tim Levy
PRA Recovery
1045 Route 109 # 105
Lindenhurst NY 11757

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE HEYWARD

v.                                   CASE NO.  3:10 cv  2030 (MRK)

PRA RECOVERY, INC.

RULE 69 DISCOVERY REQUESTS

DEFINITIONS AND INSTRUCTIONS

1. The terms "you" and "your" and "defendant" shall mean PRA RECOVERY, INC., whose President  and Owner is Peter A. Roberto./

2. The terms "person" and "persons" shall mean and includes any natural person, firm, association, partnership, joint venture, corporation, estate, trust, receiver, syndicate, municipal corporation, and any other form of legal entity or other group or combination acting as a unit.

3. The terms "document" and "documents" includes electronic records and transmissions, and writings and recordings as defined in Fed. R. Evid. 1001, including, without limitation, any written material, whether typed, handwritten, printed or otherwise, and whether in draft or final form, of any kind or nature, or any photograph, photostat, microfilm or other reproduction thereof, including, without limitation, each note, memorandum, letter, telegram, telex, circular, release, article, report, prospectus, memorandum of any telephone or in-person conversation, any financial statement, analysis, drawing, graph, chart, account, book, notebook, draft, summary, diary, transcript, computer data base, computer printout or other computer generated matter, contract or order, technical report, laboratory report or

notebook, engineering report, patent, registration or mark, application for a copyright, trademark or patent, patent appraisal, infringement search or study, and all mechanical and electronic audio and video recordings or transcripts thereof, and other data compilations from which information can be obtained and translated; if necessary, by Defendant into reasonably usable form. Electronic mail is included within the definition of the terms "document" or "documents." A draft or-non-identical copy is a separate document within the meaning of the term.

    4. The term "relating" (or "relate") shall mean: pertaining, describing, referring, evidencing, reflecting, discussing, showing, supporting, contradicting, refuting, constituting, embodying, containing, concerning, identifying, or in any way logically or factually connected with the matter discussed.

    5. The words "or" and "and" shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request. The use of a verb in any tense shall be construed as the use of the verb in all other tenses and the singular form shall be deemed to include the plural, and vice-versa. The singular form of any noun shall be deemed to include the plural, and vice-versa.

    6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all"; "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neuter form shall include each of the other genders.

## INTERROGATORIES REQUESTED FROM DEFENDANT

1.    Please fully identify all real property in which you have had any legal or

equitable interest at any time since October 1, 2004. In your identification, please state any encumbrances on such properties and the lienholders thereof.

2. If any property identified in your answer to Interrogatory No. 1 has been transferred, please identify the date of transfer, the transferee, and the consideration for the transfer.

3. Please identify each and every bank account in which you have or have had any interest, as owner, trustee or in any other capacity, at any point in the last three years, stating each account number, the nature of the account and the current balance in the account.

4. Please identify all personal property of a value in excess of $1,000.00 owned by you at any time from October 1, 2004 to the present.

5. Please identify all transfers of any property identified in response to the preceding interrogatory, including but not limited to the date of such transfer, the identity of each transferee, and the consideration for each transfer.

6. Please identify all persons or entities for whom you have performed or agreed, either orally or in writing, to perform any work for actual or contingent compensation since October 1, 2007 to the present, including any persons or entities as to whom there existed an agreement, either oral or in writing, to perform any collection work.

7. Please identify all pending or completed lawsuits in which you sought recovery for yourself or a client from since October 1, 2007 to the present.

8. Identify all Connecticut entities for whom you performed collection work since October 1, 2004.

9. Identify any assets in which you have had any legal or equitable interest at any time since October 1, 2004, if not identified in response to a prior interrogatory in this set of interrogatories.

PRODUCTION REQUESTED FROM DEFENDANT

1. All statements issued since October 1, 2004, <u>by</u> any bank, savings association, stock broker, mutual fund, trust, or any other financial institution for any account in which you have had any legal or equitable interest, or had the right to exercise any degree of control.

2. All financial statements issued since October 1, 2004, <u>to</u> any bank, savings association, stock broker, mutual fund, trust, or any other financial institution for any loan application.

3. All financial statements issued since October 1, 2004, <u>to</u> any client, potential client, or licensing authority.

4. All tax returns of any kind that you filed with the United States or any state authority at any time since October 1, 2004.

5. All documents, including but not limited to deeds, which identify any real property in which you have had any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

6. All documents showing the title history of the premises you occupy, including any agreements with the current owner of record as to the premises.

7. All documents, including but not limited to deeds, warranties, invoices, purchase orders or bills of sale which identify any personal property with a value in excess of $1,000.00 in which you have had any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

8. The titles to any motor vehicles, boats, or other means of transportation, in which you have had any degree of ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

9. All documents that disclose any income, including, but not limited to, trust distributions; compensation; dividends; interest; capital gains from the disposal of assets, and the like, that you have had since October 1, 2004.

10. For the period since August 1, 2004, all documents identifying the recipient(s) of any funds in excess of $1,000 disbursed from any business or trust account.

11. A copy of each check of $10,000 or more, issued by you at any time from July 1, 2004 to the present.

12. All documents showing payment of any financial obligation of defendant, at any time from March 1, 2006, to the present.

13. All documents showing your income from any source during 2006-2011, including tax forms, pay stubs, and distributions.

14. All W-2s, 1099s, K-1s and the like issued to you in and since 2006.

15. All W-2s, 1099s, K-1s and the like issued by you in and since 2006.

16. All agreements with The Pavilions Apt. Homes in and since 2006

17. All cancelled checks issued by you to The Pavilions Aopt Homes in and since 2006.

18. All financial statements you provided to anyone since 2004, including potential or actual lenders, creditors, licensing entities, insurance companies, investors.

              THE PLAINTIFF

            BY___/s/ Joanne S. Faulkner
          JOANNE S. FAULKNER ct04137
         123 Avon Street
         New Haven, CT 06511-2422
         (203) 772-0395

Certification of service:

  This is to certify that a copy of the foregoing was mailed postage prepaid this 1st day of October, 2011 to:

Peter A. Roberto
PRA Recovery
1045 Route 109 # 105
Lindenhurst NY 11757

_____

Joanne S. Faulkner